AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANE DOE LS 354, an individual, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:23-cv-04387-SK |
| UBER TECHNOLOGIES, INC., Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; RASIER-CA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, Inclusive, | ) ) ) ) | |
| *Defendant* | | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Uber Technologies, Inc., Rasier-CA, LLC, and Rasier, LLC

Date: September 22, 2023

*Attorney's signature*

Paul A. Alarcon 275036
*Printed name and bar number*

BOWMAN AND BROOKE, LLP
970 W. 190th Street, Suite 700
Torrance, CA 90502
*Address*

Paul.Alarcon@bowmanandbrooke.com
*E-mail address*

(310) 768-3068
*Telephone number*

(310) 719-1019
*FAX number*