**BOWMAN AND BROOKE LLP**
Paul A. Alarcon (SBN: 275036)
     paul.alarcon@bowmanandbrooke.com
Samuel Q. Schleier (SBN: 312449)
     sam.schleier@bowmanandbrooke.com
Colton F. Parks (SBN: 322491)
     colton.parks@bowmanandbrooke.com
970 West 190th Street, Suite 700
Torrance, California 90502
Tel No.:      (310) 768-3068
Fax No.:      (310) 719-1019

Attorneys for Defendants
Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO COURTHOUSE

| | |
|---|---|
| Jane Doe LS 354,<br><br>          Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC., a Delaware Corporation; RASIER, LLC, a Delaware Limited Liability Company; RASIER-CA, LLC, a Delaware Limited Liability Company, and DOES 1 through 50, Inclusive,<br><br>          Defendants. | Case No.: 3:23-cv-04387-SK<br><br>**STIPULATION AND ORDER RE: MOTION TO TRANSFER BRIEFING SCHEDULE, EXTENSION OF TIME FOR DEFENDANTS TO BRING A MOTION TO DISMISS, AND CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>Complaint Filed:      August 25, 2023<br>Trial Date:               None |

## STIPULATION

Pursuant to Civil Local Rule 6-1(a)-(b) and 6-2, Defendants Uber Technologies, Inc., Rasier, LLC, and Rasier-CA, LLC ("Defendants"), and Plaintiff Jane Doe LS 354 ("Plaintiff"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed her Complaint on August 25, 2023, and Defendants were served on September 11, 2023;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Defendants' deadline to respond to the Complaint is October 2, 2023;

/ / /

1    WHEREAS, the Court ordered the parties to file a Joint Case Management Statement on or before

2  November 20, 2023 and for the parties to appear at a Case Management Conference on November 27,

3  2023 (Doc. No. 6);

4    WHEREAS, counsel for Plaintiff and Defendants are engaged in active litigation with regard to

5  several matters recently filed in the Northern District of California;

6    WHEREAS, Defendants intend to bring a Motion to Transfer Venue and a Motion to Dismiss in

7  the instant matter;

8    WHEREAS, in order to avoid burdening the Court with unnecessary motions, to promote judicial

9  efficiency, and to provide for the orderly resolution of the case, the parties agree that the Court's resolution

10  of Defendants' Motion to Transfer Venue is a threshold issue that should be decided prior to Defendants'

11  Motion to Dismiss;

12    WHEREAS, the parties agree that Defendants shall file a Motion to Transfer Venue on or before

13  February 9, 2024;

14    WHEREAS, the parties agree that good cause exists for a continuance of the deadline to file a

15  Joint Case Management Statement, any related Case Management Conference to be scheduled by the

16  Court, and any related deadlines under the Federal Rules of Civil Procedure or the Civil Local Rules

17  (including any deadlines for ADR compliance) to allow the parties to brief and the Court to rule on

18  Defendants' Motion to Transfer Venue and Motion to Dismiss;

19    WHEREAS, the parties agree that if granted, Defendants' Motion to Transfer Venue would result

20  in the matter being transferred to a different United States District Court, which would moot any deadlines

21  in the instant Court. Additionally, should the Court deny Defendants' Motion to Transfer Venue,

22  Defendants intend to bring a Motion to Dismiss Plaintiff's Complaint, which may fully resolve Plaintiff's

23  claims, if granted. The Court's ruling on Defendants' Motion to Dismiss will affect the parties' discussions

24  regarding the scope of discovery and anticipated timeline to prepare the case for trial, and, as a result, it

25  is premature to set case management deadlines until Defendants' Motion to Transfer Venue and, if

26  necessary, Motion to Dismiss are resolved;

27    WHEREAS, the continuances sought by this stipulation will not adversely impact the schedule for

28  this action.

**Stipulation and [Proposed] Order re: Briefing**          *Jane Doe LS 354 v. Uber Technologies, Inc., et al.*
**Schedule and Case Management Conference**                                    3:23-cv-04387-SK

1      **NOW, THEREFORE**, the parties hereby stipulate and agree, subject to the approval of the Court

2   that:

3      1.      Defendants shall file a Motion to Transfer Venue on or before February 9, 2024;

4      2.      The deadline for the parties to file a Joint Case Management Statement, currently set for

5   November 20, 2023, and the Initial Case Management Conference, currently set for November 27, 2023,

6   shall be vacated. Should the Court deny Defendants' Motion to Transfer Venue, then within thirty (30)

7   days after the Court issues its ruling, the parties will meet and confer and submit a proposed schedule

8   regarding (1) the briefing schedule for Defendants' Motion to Dismiss, and (2) case management. Any

9   related deadlines under the Federal Rules of Civil Procedure or the Civil Local Rules (including any

10  deadlines for ADR compliance) are hereby stayed pending further order of the Court.

11

12  Dated: September 29, 2023                      **BOWMAN AND BROOKE LLP**

13

14

15                                               By: */s/ Paul A. Alarcon*
                                                    Paul A. Alarcon (SBN: 275036)
16                                                  Samuel Q. Schleier (SBN: 312449)
                                                    Colton F. Parks (SBN: 322491)
17                                                  970 West 190th Street, Suite 700
                                                    Torrance, California 90502
18                                                  Tel: (310) 380-6595
                                                    Attorneys for Uber Technologies, Inc.
19                                                  and Rasier, LLC

20  Dated: September 29, 2023                      **LEVIN SIMES LLP**

21                                               By: */s/ William A. Levin*
                                                    William A. Levin (SBN 98592)
22                                                  Laurel L. Simes (SBN 134637)
                                                    David M. Grimes (SBN 324292)
23                                                  1700 Montgomery Street, Suite 250
                                                    San Francisco, California 94111
24                                                  Tel: (415) 426-3000
                                                    Attorneys for Plaintiff
25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation, the Court hereby orders as follows:

1.      Defendants shall file a Motion to Transfer Venue on or before February 9, 2024;

2.      The deadline for the parties to file a Joint Case Management Statement, currently set for November 20, 2023, and the Initial Case Management Conference, currently set for November 27, 2023, are continued until March 4, 2024 and March 11, 2024, respectively.

3.      Should the Court deny Defendants' Motion to Transfer Venue, then within thirty (30) days after the Court issues its ruling, the parties will meet and confer and submit a proposed schedule regarding (1) the briefing schedule for Defendants' Motion to Dismiss. Any related deadlines under the Federal Rules of Civil Procedure or the Civil Local Rules (including any deadlines for ADR compliance) are hereby continued pending further order of the Court.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: September 29, 2023

Honorable Sallie Kim
United States Magistrate Judge

1