AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Jane Doe LS 354, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:23-cv-04387-SK |
| Uber Technologies, Inc., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Jane Doe LS 354.

Date: October 4, 2023

/s/ Samira J. Bokaie
*Attorney's signature*

Samira J. Bokaie (SBN 332782)
*Printed name and bar number*

Levin Simes LLP
1700 Montgomery Street, Suite 250
San Francisco, CA 94111
*Address*

sbokaie@levinsimes.com
*E-mail address*

(415) 426-3000
*Telephone number*

(415) 426-3001
*FAX number*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 4, 2023, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter who are registered on the CM/ECF system.

Dated: October 4, 2023                                                     */s/ Samira J. Bokaie*